ACCEPTED
03-13-00568-CR
5763116
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 10:50:05 AM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

*P.O. Box 399*
*Cedar Park, Texas 78613*
*512.215.8114 (phone/fax)*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/22/2015 10:50:05 AM

JEFFREY D. KYLE
Clerk

**TIM COPELAND\***
*(512) 897-8196 mobile/text*
*tcopeland14@yahoo.com*

*\*Board Certified - Oil, Gas & Mineral Law*
*Texas Board of Legal Specialization*

**ERIKA COPELAND\*\***
*(512) 897-8126 mobile/text*
*ecopeland63@yahoo.com*

*\*\*Of Counsel*

June 22, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
PO Box 12547
Austin, TX 78711
Via e-filing

Re:  William Everette Razor, *Appellant* v. The State of Texas, *Appellee*
No. 03-13-00568-CR; Trial Court No. 70857

Dear Mr. Kyle:

Please be advised that, as shown by a copy of the enclosed certified mailing receipt, I have complied with Rule 48.4 with regard to notification of the above-referenced client of the Court's decision in his case as well as of his rights with regard to the filing of a petition for discretionary review.

Very truly yours,

/s/ Erika Copeland

Erika Copeland

EC:aw



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

BARTLETT, TX 76511

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| CertifiedFee | | $2.80 |
| Return Receipt Fee (Endorsemen! Required) | | $0.00 $0.00 |
| Res!rlcled Delive1y Fee (Endorsement Required) | | N/A N/A |
| Total Postage & Fees | $ | $0.71 |

Sent To _Wm. Earl____

Street & Apt. No., or PO Box No. _TDCJ # 01884586 Bartlett Unit_

City, State, ZIP+4 _1018 arundel Rd Bartlett, TX 76511_

CEDAR PARK PO
U613
JUN 22 2015
Postmark Here
CEDAR PARK TX 78613
06/22/2015

PS Form 3800, July 2014.          See Reverse for Instructions